**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Duracell U.S. Operations, Inc., a Delaware
corporation,

                    Plaintiff,

     against

MY IMPORTS USA LLC, a New Jersey
Limited Liability Company, MY IMPORT
USA INC., a New Jersey Corporation,
MANSUR MAQSUDI (a/k/a Mansur Maq), an
individual, JIAN YANG ZHANG (a/k/a Kevin
Zhang), an individual,

                    Defendants.

---

Case No.: 1:19-cv-3820

**[PROPOSED] ORDER FOR**
**ADMISSION PRO HAC VICE**

Upon the motion of Plaintiff Duracell U.S. Operations, Inc., and the accompanying

affidavit and exhibit attached thereto, **IT IS HEREBY ORDERED** that:

> Robert N. Phillips
> REED SMITH LLP
> 101 Second Street – Suite 1800
> San Francisco, CA 94105
> Tel: (415) 543-8700
> Fax: (415) 391-8269

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. Because this action is assigned to the Electronic Case Filing (ECF)

system counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel

shall forward the *pro hac vice* fee to the Clerk of Court.

**SO ORDERED**

Dated:  6 / 2 4 / 19

Paul G. Gardephe
_____
U.S.D.J.