

**COWAN LIEBOWITZ LATMAN**

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Kieran G. Doyle**
(212) 790-9261
kgd@cll.com

July 29, 2019

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Duracell U.S. Operations, Inc. v. My Imports USA LLC, et al.
             Case No. 19-cv-3820 (PGG)

Dear Judge Gardephe:

      This firm represents My Imports USA LLC, and Mansur Magsudi. This letter is written pursuant to Rule 1(D) of Your Honor's Individual Practice Rules, to request an extension of the deadline for the Defendant to answer, move or otherwise respond to the Complaint from July 31, 2019 through to and including August 30, 2019. The parties have been in contact, and on July 26, 2019, the Plaintiff confirmed its consent to a further extension of time for Defendants to respond in accordance with this request.

      This is the Defendants' third request for an extension of this deadline. The parties have been actively engaged in settlement discussions and continue to make progress.

      Thank you for your consideration of this request.

Respectfully submitted,

Kieran G. Doyle

30762/001/3040808.1