UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DURACELL U.S. OPERATIONS, LLC., a Delaware corporation;<br><br>    Plaintiff,<br><br>vs.<br><br>MY IMPORTS USA LLC, a New Jersey limited liability company, MY IMPORT USA INC., a New Jersey corporation, MANSUR MAQSUDI (a/k/a MANSUR MAQ), an individual, JIAN YANG ZHANG (a/k/a KEVIN ZHANG), an individual;<br><br>    Defendants. | Case No. 1:19-cv-3820 (PGG)<br><br>**RULE 7.1 DISCLOSURE** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff My Imports USA LLC. represents that My Imports USA LLC has no parent corporation. No publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
    August 29, 2019

            COWAN, LIEBOWITZ & LATMAN, P.C.


            By: /s/ Kieran G. Doyle
              Kieran G. Doyle
              Ariana J. Sarfarazi
            114 West 47th Street
            New York, New York 10036
            (212) 790-9200
            *Attorneys for Defendants*
            *My Imports USA LLC and*
            *Mansur Maqsudi*