IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
DURACELL U.S. OPERATIONS, INC.
a Delaware corporation,

         Plaintiff,

- against -

MY IMPORTS USA LLC, a New Jersey limited liability company, MY IMPORT USA INC., a New Jersey corporation, MANSUR MAQSUDI (a/k/a Mansur Maq), an individual, JIAN YANG ZHANG (a/k/a Kevin Zhang), an individual;

         Defendant.

---------------------------------------------------------------------X

Civil Action No.:
19-cv-03820

**RULE 7.1**
**DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MY IMPORT USA INC. represents that MY IMPORT USA INC. has no parent corporation. No publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
      August 30, 2019

LAW OFFICES OF MICHAEL V. CIBELLA, LLC

By:   /s/ Michael V. Cibella /s/
     Michael V. Cibella
*Attorneys for Defendants My Import USA, Inc. and Jian Yang Zhang*
546 Fifth Avenue
New York, New York 10036
(212) 818-1880
mvc@cibellalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2019, I served the foregoing document via ECF and by e-mailing it to counsel of record:

Peter D. Raymond
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
praymond@reedsmith.com

Robert N. Phillips
REED SMITH LLP
101 Second Street – Suite 1800
San Francisco, CA 94105
Tel: (415) 543-8700
Fax: (415) 391-8269
robphillips@reedsmith.com

*Attorneys for Plaintiff Duracell U.S. Operations, LLC*

Kieran G. Doyle
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, New York 10036
Tel: (212) 790-9261
Fax: (212) 575-0671
kgd@cll.com

*Attorneys for Defendants My Imports USA LLC and Mansur Maqsudi (a/k/a Mansur Maq)*

*/s/ Michael V. Cibella /s/*