UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DURACELL U.S. OPERATIONS, INC., a Delaware corporation;

            Plaintiff,

    v.

MY IMPORTS USA LLC, a New Jersey limited liability company, MY IMPORT USA INC., a New Jersey corporation, MANSUR MAQSUDI (a/k/a MANSUR MAQ), an individual, JIAN YANG ZHANG (a/k/a KEVIN ZHANG), an individual;

            Defendants.

**ORDER**

19 Civ. 3820 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there shall be a conference in this matter on **Thursday, November 21, 2019 at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 22, 2019

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge