# ReedSmith

**Peter D. Raymond**
Direct Phone: +1 212.549.0364
Email: praymond@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

December 18, 2019

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

_Paul Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: _Dec 18 2019_

*The Conference is adjourned to January 16, 2020 at 11:00 A.M.*

Re:   *Duracell U.S. Operations, Inc. v. My Import USA Inc., et al*
       Case No. 19-cv-3820 (PGG)

Dear Judge Gardephe:

We represent Duracell US Operations Inc. and write with the consent of all parties to request an adjournment of the status conference scheduled for December 19, 2019, at 10:00 am, until January 23, 2020. Plaintiff recently exchanged proposed financial terms for settlement in response to the defendants' earlier informal exchange of documents and information for settlement purposes, and the parties request additional time to engage in further settlement negotiations before issuing a pre-trial scheduling Order. All parties otherwise agree upon all remaining proposed settlement terms.

This is the parties' second request for an extension of this status conference. No other deadlines set herein by the Court will be affected by the within request.

Thank you for your consideration of this request.

Respectfully submitted,

_s/ Peter Raymond_
Peter D. Raymond, Esq.

cc:   All counsel of Record (via ECF)