UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DURACELL U.S. OPERATIONS, INC., a Delaware corporation;

            Plaintiff,

v.

MY IMPORTS USA LLC, a New Jersey limited liability company, MY IMPORT USA INC., a New Jersey corporation, MANSUR MAQSUDI (a/k/a MANSUR MAQ), an individual, JIAN YANG ZHANG (a/k/a KEVIN ZHANG), an individual;

            Defendants.

**ORDER**

19 Civ. 3820 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for January 16, 2020 is adjourned. A conference is scheduled for **February 13, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 13, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge